**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  DEREK SCHEINMAN

2. **Debtor's unique identifier**

   For non-individual debtors:
   ☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __
   ☐ Other _____. Describe identifier _____.

   For individual debtors:
   ☐ Social Security number: xxx – xx– __ __ __ __
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __
   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  Allan Rutman, President of Zeifman Partners, Inc.

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Ontario Superior Court of Justice, Bankruptcy and Insolvency No. 31-OR-208334

5. **Nature of the foreign proceeding**

   Check one:
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

| Debtor | DEREK SCHEINMAN | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

Individual debtor's habitual residence:

15 Mistysugar Trail
Number    Street

_____
P.O. Box

Vaughan, York, Ontario
City    State/Province/Region    ZIP/Postal Code

Canada L4J 8R5
Country

Address of foreign representative(s):

201 Bridgeland Avenue
Number    Street

_____
P.O. Box

Toronto, Ontario
City    State/Province/Region    ZIP/Postal Code

Canada M6A 1Y7
Country

**10. Debtor's website (URL)**

_____

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

    ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☑ Individual

| Debtor | DEREK SCHEINMAN | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☒ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
Adler v Sherman, et al., Broward Circuit Court, #19-002203-25

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _[signature]_                                         Allan Rutman, Pres. of Zeifman Partners
Signature of foreign representative                     Printed name

Executed on   01 / 02 / 2020
              MM / DD / YYYY

X _____                                _____
Signature of foreign representative                     Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

X /s/ Kristopher E. Pearson                             Date   01/06/2020
Signature of Attorney for foreign representative               MM / DD / YYYY

Kristopher E. Pearson, Esq., Florida Bar No. 0016874
Printed name

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Firm name

150 West Flagler Street, Suite 2200
Number    Street

Miami                                                   FL            33130
City                                                    State         ZIP Code

(305) 789-3200                                          kpearson@stearnsweaver.com
Contact phone                                           Email address

0016874                                                 FL
Bar number                                              State



| Industry Canada | Industrie Canada |
|---|---|
| **Office of the Superintendent of Bankruptcy Canada** | **Bureau du surintendant des faillites Canada** |



CERTIFIED COPY ACCORDING TO THE RECORDS OF THE OFFICIAL RECEIVER
THIS......31ST......
DAY OF December 20..19....
Janice MacInnis
OFFICIAL RECEIVER

```
District of ONTARIO
Division No. 09 - Toronto
Court No. 31-2483047
Estate No. 31-2483047
```

In the Matter of the Bankruptcy of:
DEREK SCHEINMAN

Debtor

ZEIFMAN PARTNERS INC.

Licensed Insolvency Trustee

ORDINARY ADMINISTRATION

Security: $*,***

Date of Bankruptcy: March 7, 2019, 13:00
Meeting of Creditors: April 25, 2019, 10:00
 201 Bridgeland Avenue
 Toronto, ONTARIO

Chair: Trustee          Designated Person: DEREK SCHEINMAN

### CERTIFICATE OF FILING OF A BANKRUPTCY ORDER - Section 43

I, the undersigned, Official Receiver in and for this bankruptcy district, do hereby certify, that:

- the aforenamed trustee, filed for my endorsement, a bankruptcy order appointing the trustee under section 43(9) of the Bankruptcy and Insolvency Act, Trustee of the Estate of the aforenamed Debtor;
- provisions for the avoidance of certain settlements and preferences where applicable, begin before the initial bankruptcy event date and end on the date of bankruptcy, both dates included.

The designated person is required:
- to perform all duties imposed upon a bankrupt by the Bankruptcy and Insolvency Act and in particular, attend the first meeting of creditors and upon request appear before the Official Receiver for examination.

The said trustee is required:
- to serve upon the designated person, a copy of the bankruptcy order bearing the Official Receiver's endorsement and where applicable a notice of examination;
- to provide to me, without delay, security in the aforementioned amount;
- to send to all creditors, within five days after the date of the trustee's appointment, a notice of the bankruptcy; and
- when applicable to call in the prescribed manner, a first meeting of creditors, to be held at the aforementioned time and place or at any other time and place that may be later requested by the Official Receiver.

Date: March 8, 2019

E-File / Dépôt électronique                   Official Receiver

151 Yonge Street, 4th Floor, Toronto, ONTARIO, M5C 2W7, 877/376-9902



CERTIFIED COPY ACCORDING TO THE
RECORDS OF THE OFFICIAL RECEIVER
THIS........31st....................
DAY OF...December..20...19....
......Jmaclnnis...............
OFFICIAL RECEIVER

Court File No. 31-OR-208334-T

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## IN BANKRUPTCY AND INSOLVENCY

| | |
|---|---|
| MASTER JEAN ) ) ) | TUESDAY, THE 5th DAY OF MARCH, 2019 |

**IN THE MATTER OF the Bankruptcy of DEREK SCHEINMAN
OF THE CITY OF VAUGHAN, IN THE REGIONAL MUNICIPALITY OF YORK,
IN THE PROVINCE OF ONTARIO**

# ORDER

**UPON** the Application of Zeifman Partners Inc., in its capacity as the Court-Appointed Receiver pursuant to the Order of The Honourable Justice Hainey dated March 22, 2017 in Ontario Superior Court of Justice, Commercial List File No. CV-17-11714-00CL, a creditor of Derek Scheinman (the "Debtor"), in the Province of Ontario, filed the 1st day of November, 2018,

**AND UPON** hearing counsel for the Applicant, no one appearing for the Debtor although duly served as appears from the Affidavit of Service of Denise Moore Savage sworn February 6, 2019, filed, and upon reading the Consent of the Trustee,

**AND IT APPEARING TO THE COURT** that one or more of the following acts of bankruptcy have been committed by the Debtor:

- 2 -

(a) he in Canada or elsewhere made a fraudulent gift, delivery or transfer of his property or of any part of it;

(b) with the intent to defeat or delay his creditors, he departed out of Canada or, being out of Canada, remains out of Canada, or departed from his dwelling-house or otherwise absented himself;

(c) he assigned, removed, secreted or disposed or attempted to assign, remove, secrete or dispose of any of his property with the intent to defraud, defeat or delay his creditors or any of them;

(d) he has ceased to meet his liabilities generally as they become due.

1. **IT IS ORDERED** that Derek Scheinman, of the City of Vaughan, in the Regional Municipality of York, in the Province of Ontario, be and is hereby adjudged bankrupt and a Bankruptcy Order is hereby made against Derek Scheinman.

2. **IT IS FURTHER ORDERED** that Zeifman Partners Inc., Trustee, of the City of Toronto (the "Trustee"), in the Province of Ontario, is hereby appointed as Trustee of the Estate of the Bankrupt.

3. **IT IS FURTHER ORDERED** that the Trustee shall forthwith give security in cash or by bond in accordance with subsection 16(1) of the *Bankruptcy and Insolvency Act*.

- 3 -

4.      **IT IS FURTHER ORDERED** that the cost of any incidentals to the Bankruptcy Application and Bankruptcy Order be paid to the Applicant out of the assets of the estate forthwith following taxation thereof.

_____
Master Ja

IN THE MATTER OF THE BANKRUPTCY OF DEREK SCHEINMAN
OF THE CITY OF VAUGHAN, IN THE REGIONAL MUNICIPALITY OF YORK,
IN THE PROVINCE OF ONTARIO

Court File No. 31-OR-208334-T

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## IN BANKRUPTCY AND INSOLVENCY

Proceeding Commenced at Toronto

# O R D E R

**MINDEN GROSS LLP**
Barristers and Solicitors
145 King Street West
Suite 2200
Toronto, ON  M5H 2G2

**Ian J. Cantor** (LSUC #30989I)
e-mail: icantor@mindengross.com
Tel: 　416-369-4314
Fax: 　416-864-9223

Lawyers for the Applicant Zeifman Partners Inc., in its capacity as court-appointed Receiver of Grossman Silver Horizon Limited Partnership and 2109644 Ontario Limited

#3587980 | 4097098